ɴ∕

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL DERFLER, Individually and
on behalf of all others similarly situated,

     Plaintiff,

  v.

ILLUMINA, INC.; WILLIAM H.
RASTETTER; JAY T. FLATLEY;
BLAINE BOWMAN; DANIEL M.
BRADBURY; KARIN EASTHAM;
PAUL C. GRINT; GERALD MOLLER;
DAVID R. WALT; and ROY
WHITFIELD,

     Defendants.

Case No. 12-CV-00564-BEN (WMC)

**ORDER GRANTING JOINT
MOTION RE DISMISSAL OF ALL
CLAIMS**

[Docket No. 4]

    Pursuant to a joint motion submitted by the parties on July 30, 2012, plaintiff's claims in the above-captioned action are dismissed with prejudice as to the named plaintiff only, and without prejudice as to the remainder of the class, with each party to bear its own attorneys' fees, costs, and/or expenses.

    **IT IS SO ORDERED.**

DATED: _7/31/2012_

_____
HON. ROGER T. BENITEZ
United States District Judge

12CV00564